Peter H. Barlow, #7808
Karmen Schmid, #13583
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah  84111
Telephone:  (801) 532-7080
Facsimile:   (801) 596-1508
pbarlow@strongandhanni.com
kschmid@strongandhanni.com

*Attorneys for Plaintiff Owners Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>                    Plaintiff,<br>vs.<br><br>JOHNSEN AND ALLPHIN PROPERTIES, LLC, a Utah limited liability company; and QUARRY VILLAGE DEVELOPMENT, LLC, a Utah limited liability company.<br><br>                    Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No.: 2:18-cv-00832-TC<br><br>Judge: Tena Campbell |

The parties hereby stipulate and agree to dismiss, with prejudice, all of Plaintiff's claims against Defendants, whether alleged or not alleged, pleaded or not pleaded, the parties to bear their respective costs and fees.

DATED 25th day of February, 2021.

                                        STRONG & HANNI

                                        */s/ Karmen Schmid*
                                        Peter H. Barlow
                                        Karmen Schmid
                                        *Attorneys for Plaintiff Owners Insurance Company*

FABIAN VANCOTT

*/s/ Robert G. Crockett (with permission)*
Robert G. Crockett
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2021, a true and correct copy of the foregoing document to be electronically served by the Court to the following:

SCOTT M. PETERSEN
ROBERT G. CROCKETT
SHANE T. PETERSON
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
spetersen@fabianvancott.com
rcrockett@fabianvancott.com
speterson@favianvancott.com
*Attorneys for Defendants*

                                                                         */s/Amber Britt*