# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHNSEN AND ALLPHIN PROPERTIES, LLC, a Utah limited liability company; and QUARRY VILLAGE DEVELOPMENT, LLC, a Utah limited liability company.<br><br>　　　　　Defendants. | **ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No.: 2:18-cv-00832-TC<br><br>Judge Tena Campbell |

Based on the Stipulated Motion to Dismiss with Prejudice (ECF No. 29) and for good cause appearing, the Court grants the Stipulated Motion to Dismiss with Prejudice. Plaintiff's claims against Defendants are dismissed with prejudice in their entirety; and each party will bear its own attorney's fees and costs.

Dated this 26th of February, 2021.

　　　　　　　　　　　　　　　　　　　　_Tena Campbell_
　　　　　　　　　　　　　　　　　　　　Tena Campbell
　　　　　　　　　　　　　　　　　　　　U.S. District Judge